UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER C. JOHNSON., | Case No.: 3:23-cv05845-DGE |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| SUNRISE CREDIT SERVICES INC., CAINE & WEINER COMPANY INC, CREDIT MANAGEMENT LP. | |
| Defendant. | Jury Trial: ☒ Yes   ☐ No |

## INTRODUCTION

1. This is a civil action for actual, punitive, statutory damages and cost brought by Christopher C. Johnosn hereinafter, ("Plaintiff") an individual consumer, against defendants, Sunrise Credit Services INC, Caine & Weiner Company INC, and Credit Management, LP., hereinafter ("Defendants") for violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 et seq. (hereinafter "FCRA").

## BASIS OF JURISDICTION

COMPLAINT FOR A CIVIL CASE - 1

2. Jurisdiction of this court arises under 15 U.S.C § 1681(p), and 28 U. S. C § 1331. Venue is proper in this judicial district pursuant to 28 U.S.C. 1391(b)(1) and 28 U.S.C. § 1391(b)(2) because a substantial part of the events, omissions, or conduct giving rise to Plaintiff claim occurred in this judicial district. Defendants transact business in Puyallup, Washington.

3. The Court has supplemental jurisdiction of any state law claims pursuant to 28 U.S.C. §1367.

## PARTIES

4. Plaintiff, Christopher C. Johnosn is a natural person and consumer as defined by 15 U.S.C. § 1681a(c), residing Puyallup, Washington.

5. Upon information and belief, Sunrise Credit Services INC. is a New York corporation. Service of process for defendant is CT Corporation System 711 Capitol Way S STE 204, Olympia, Washington 98501.

6. Upon information and belief, Caine & Weiner Company INC. is a California corporation. Service of process for defendant is CT Corporation System 711 Capitol Way S STE 204, Olympia, Washington 98501.

7. Upon information and belief, Credit Management LP is a Nevada corporation. Service of process for defendant is CT Corporation System 711 Capitol Way S STE 204, Olympia, Washington 98501.

COMPLAINT FOR A CIVIL CASE - 2

8. Defendants are "debt collectors" as that term is defined by 15 U.S.C. § 1692a (6).

9. The acts of Defendant as described in this Complaint were performed by Defendant or on Defendant's behalf by its owners, officers, agents, and/or employees acting within the scope of their actual or apparent authority. As such, all references to "Defendant" in this Complaint shall mean Defendants or their owners, officers, agents, and/or employees.

## FACTUAL ALLEGATIONS

10. On or about September 17, 2023, Plaintiff reviewed his Experian consumer report # 4027-6305-69.

11. In the report the Plaintiff observed an unauthorized inquiry from the Defendants.

12. Defendant Sunrise Credit Services INC unauthorized inquiry was made on 12/14/2018, See Exhibit A.

13. Defendant Caine and Weiner Company INC unauthorized inquiry was made on 10/16/2019, See Exhibit A.

14. Defendant Credit Management LP unauthorized inquiry was made on 10/29/2019, See Exhibit A.

COMPLAINT FOR A CIVIL CASE - 3

15. Plaintiff never initiated a consumer credit transaction with Defendants nor had an account with the defendant.

16. Plaintiff never entered into a contract with the Defendants.

17. Plaintiff never gave any consent to Defendants to access his consumer report.

18. Plaintiff has the interest and right to be free from deceptive, misleading collection efforts.

19. Plaintiffs have the interest and right to privacy from individuals including defendants of unauthorized access of personal identifiable information in his consumer report.

### *Plaintiffs Damages*

20. Plaintiff's injury is "particularized" and "actual" in that the conduct that deprived Plaintiff of his rights was directed by Defendants to Plaintiff specifically.

21. Plaintiff's injury is "particularized" and "actual" in that the Plaintiff has suffered emotional distress from the Defendants unauthorized access of his credit report.

22. Plaintiff's injury is "particularized" and "actual" in that the Plaintiff has suffered an invasion of his privacy. This intrusion into the Plaintiffs personal information has caused a feeling of vulnerability, worry and anxiety which lead to sleeplessness and headaches.

COMPLAINT FOR A CIVIL CASE - 4

23. Plaintiff's injury is "particularized" and "actual" in that the Plaintiff has suffered fear and anger over the invasion of his privacy.

24. "Plaintiff's injury is both "particularized" and "actual" as the Plaintiff has incurred a loss of time due to research and learning necessitated by the defendant's invasion of privacy.".

25. Plaintiff's injury is directly traceable to defendant's conduct because if it weren't for the defendant's conduct, Plaintiff would not have been deprived of his rights and would not have been subject to the emotional distress, anxiety, worry and invasion of privacy caused by the defendants actions.

26. Defendant's conduct as described in this complaint was willful, with the purpose to either harm the Plaintiff or with reckless disregard for the harm to Plaintiff that could result from defendant's conduct.

27. Plaintiff justifiably fears that, absent this court's intervention, defendants will continue to use abusive, deceptive, unfair, and unlawful means in its attempts to collect alleged debts and invade consumers privacy by continuing to access consumers information without permissible purpose.

28. The deprivation of Plaintiff's rights will be redressed by a favorable decision herein.

29. A favorable decision herein would redress Plaintiff's injury with money damages.

COMPLAINT FOR A CIVIL CASE - 5

30. A favorable decision herein would serve to deter Defendants from further similar conduct.

31. This action is timely filed and falls within the statute of limitations in accordance with 15 U.S.C. § 1681p: (1) 2 years after the date of discovery by the plaintiff of the violation. (2) 5 years after the date on which the violation that is the basis for such liability occurs.

### COUNT 1 VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C § 1681b(f) DEFENDANTS SUNRISE CREDIT SERVICES INC., CAINE & WEINER COMPANY INC, CREDIT MANAGEMENT LP

32. All preceding paragraphs are realleged.

33. Defendants actions violated 15 U.S.C § 1681b(f). Permissible Purpose.

34. The Defendant violations include but are not limited to the following:

(a) The Defendants violated 15 U.S.C § 1681b(f) by failing to have permissible purpose to obtain Plaintiffs consumer report pursuant to 15 U.S.C § 1681b.

(b) Defendants did not have a court order to obtain Plaintiff consumer report.

(c) Plaintiff never gave written permission for the Defendants to obtain his consumer report.

COMPLAINT FOR A CIVIL CASE - 6

(d) Plaintiff does not have an account, which is defined under and has the same meaning under the Electronic Funds Transfer Act 15 U.S.C § 1693a (2), with Defendants.

(e) Pursuant to the Electronic Funds Transfer Act 15 U.S.C § 1693a the term "account" means a demand deposit, savings deposit, or other asset account (other than an occasional or incidental credit balance in an open end credit plan as defined in section 1602(i) [1] of this title), as described in regulations of the Bureau, established primarily for personal, family, or household purposes, but such term does not include an account held by a financial institution pursuant to a bona fide trust agreement;

(f) Defendants do not have an account with the Plaintiff according to the definition above.

30. As a result of this conduct, Plaintiff suffered damage of invasion of privacy which led to anxiety, emotional distress, loss of time, fear, and loss of sleep.

35. As a result of the defendants' violations of the Fair Credit Reporting Act, the Defendants are liable under 15 U.S.C § 1681n(a)(1)(B) for damages of $1000 per violation and 15 U.S.C § 1681n(a)(2).

## JURY DEMAND AND PRAYER FOR RELIEF

Wherefore, Plaintiff Christopher C. Johnson, respectfully demands a jury trial and request that judgment be entered in favor or the Plaintiff against the Defendants for:

(a) Violating the Fair Credit Reporting Act

(b) Damages pursuant to 15 U.S.C § 1681n(a)(1)(B) of $1000 per violation.

(c) Punitive damages as the court may allow pursuant to 15 U.S.C § 1681n(a)(2) and for such other and further relief as the court may deem just and proper.

## CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

DATED: 9-18-2023

Christopher C. Johnson
5613 121st Street Court E #1
Puyallup, WA 98373
cejay80@gmail.com
206-331-2202

EXHIBIT A

**MYFICO CONSUMER SERVICES**
Inquired on 08/15/2020

2665 LONG LAKE RD,
ROSEVILLE MN 55113
(800) 319-4433

**EXPERIAN CS IDENTITY**
Inquired on 08/12/2020

535 ANTON BLVD,
COSTA MESA CA 92626

**FINGERHUT/WEBBANK**
Inquired on 08/09/2020

6250 RIDGEWOOD RD,
SAINT CLOUD MN 56303
(866) 734-0342

**WEBBANK/FINGERHUT**
Inquired on 08/09/2020

6250 RIDGEWOOD RD,
SAINT CLOUD MN 56303
(866) 734-0342

**EXPERIAN**
Inquired on 08/03/2020, 07/20/2020 and 07/06/2020

475 ANTON BLVD,
COSTA MESA CA 92626
(866) 252-8809

**EXPERIAN**
Inquired on 07/06/2020

None Provided

**EXPERIAN**
Inquired on 06/23/2020

475 ANTON BLVD,
COSTA MESA CA 92626
(866) 673-0140

**LENDINGPOINT LLC**
Inquired on 05/29/2020

1201 ROBERTS BLVD NW STE 200,
KENNESAW GA 30144
(844) 885-8713

**INTERNAL REVENUE SERVICE**
Inquired on 02/28/2020

4057 CARMICHAEL RD,
JACKSONVILLE FL 32207

**INTERNAL REVENUE SERVICE**
Inquired on 02/28/2020

250 MURALL DR,
KEARNEYSVILLE WV 25430

**CREDIT MANAGEMENT, LP**
Inquired on 10/29/2019

6080 TENNYSON PKWY STE 100,
PLANO TX 75024
(877) 741-7302

**CAINE & WEINER COMPANY I**
Inquired on 10/16/2019

5805 SEPULVEDA BLVD FL 4,
VAN NUYS CA 91411
(818) 908-2121

**SUNRISE CREDIT SERVICES**
Inquired on 12/14/2018

260 AIRPORT PLAZA BLVD,

**PROGRESSIVE INSURANCE**
Inquired on 11/13/2018

6300 WILSON MILLS RD,

EXHIBIT A