WAWD – Certificate of Services (Revised 3/2021)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Christopher C. Johnson

Plaintiff(s),

v.

Sunrise Credit Services INC,
CAINE & WEINER Company INC,
Credit Management L.P.

Defendant(s).

CASE NO.

CERTIFICATE OF SERVICE

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

And I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Credit Management L.P. (Registered Agent) Certified mail #
c/o CT Corporation System   7022 0410 0001 9185 1003
711 Capitol Way S STE 204
Olympia, WA 98501

Dated: 11-21-2023

_____
(Sign or use a "s/" and your name

Christopher C. Johnson
5613 12th Street Court E Apt A1
Puyallup, WA 98373
206-331-2202

Name, Address and Phone Number of Counsel or Pro Se

CERTIFICATE OF SERVICE - 1